**FORM TO BE USED BY A PRISONER FILING AN APPLICATION TO PROCEED IN FORMA PAUPERIS IN A 42 U.S.C. § 1983 CIVIL RIGHTS ACTION IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ~~PENNSYLVANIA~~ Delaware**

- 0 8 - 7 7 -

**I. CAPTION**

GBEKE MICHAEL AWALA,

_____
*(Enter the full name of plaintiff or plaintiffs)*

v.

CIRCUIT JUDGE HARDIMAN et al...
_____

_____
*(Enter the full name of defendant or defendants)*

**FILED**

**FEB - 5 2008**

**U.S. DISTRICT COURT
DISTRICT OF DELAWARE**

**Instructions:**

The caption of this application should be **identical** to the caption of the complaint. A separate application must be completed by each plaintiff listed in the caption. Show your full name in the first line of the declaration below. Provide all information requested.

**II. DECLARATION**

I, (your name) GBEKE MICHAEL AWALA _____, declare that I am the plaintiff in the above-captioned 42 U.S.C. § 1983 civil rights action, and that I am entitled to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 because of my inability to prepay the full fee to file this action or give security therefor. I understand that the granting of *in forma pauperis* status does not waive payment of the full filing fee.

In further support of this application, I provide the following information:

1. Do you presently have prison employment?    yes ( ) no (X)

2. If you are not employed do you have other income?    yes ( ) no (X)

3. If "yes" to either of above, state source of monthly income and amount.

    source _____ amount _____

4. If "no," state date and place of last employment and amount of monthly    income.

    date and place _____ amount _____

5. Do you have money in a prison account?  yes ( ) no ( ) amount _____
6. Do you have money in a bank account?    yes ( ) no ( ) amount _____

7. Do you own or have an interest in valuable property such an automobile real estate, stocks, or bonds?    yes ( ) no ( )

    If "yes," describe property _____ value _____

8. List the persons who depend on you for support, state their relationship to you, and how much you contribute toward their support.

_____

9. State whether you have received within the past 12 months any money from any of the following sources:

   a. Business, profession or other form of self-employment    yes ( )  no (✓)

   b. Rent payments, interest or dividends                     yes ( )  no (✓)

   c. Pensions, annuities or life insurance payments           yes ( )  no (✓)

   d. Gifts or inheritances                                    yes ( )  no (✓)

   e. Any other sources                                        yes ( )  no (✓)

If the answer to any of the above is "yes," describe each source of money and state the amount received from each source during the past 12 months.

_____

### III. DECLARATION AND SIGNATURE

I declare under penalty of perjury that the foregoing is true and correct.

_____          1-22-08
        SIGNATURE OF PLAINTIFF                     DATE

### IV. CERTIFICATION

**Instructions:**

Request that an appropriate prison official provide: 1) the information below concerning your **inmate trust fund account balances**; and 2) a certified copy of your **inmate trust fund account statement** showing all deposits and withdrawals for the prior six-month period.

I certify that the applicant named herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined.

I further certify that during the last six months the applicant's average monthly account balance was $ _____ ; and that the average monthly deposits during the during the last six months were $ 585.__ .

_____          1-22-08
SIGNATURE AND TITLE OF AUTHORIZED OFFICIAL        DATE

INMATE VISITOR LIST                                          TURNER, DAVID ALLEN



| General Information | Account Balances | Commissary History | Commissary Restrictions | Comments |

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 1874 |
| PAC #: | 352244177 |
| FRP Participation Status: | ExemptTmp |
| Arrived From: | LEW |
| Transferred To: | |
| Account Creation Date: | 4/9/2007 |
| Local Account Activation Date: | 4/11/2007 3:33:51 AM |
| Sort Codes: | |
| Last Account Update: | 1/13/2008 12:11:36 AM |
| Account Status: | Active |
| Phone Balance: | $0.00 |

FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |

## Account Balances

| | |
|---|---|
| Account Balance: | $0.00 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.00 |
| National 6 Months Deposits: | $585.00 |
| National 6 Months Withdrawals: | $585.00 |
| National 6 Months Avg Daily Balance: | $16.78 |
| Local Max. Balance - Prev. 30 Days: | $0.00 |
| Average Balance - Prev. 30 Days: | $0.00 |
| Inmate Qualifies for OTC Medication | |

This Inmate is Indigent

## Commissary History

### Purchases

Validation Period Purchases: $0.00
YTD Purchases: $222.20
Last Sales Date: 12/6/2007 5:38:37 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Bi-Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $290.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

## Comments

Comments: