IN THE
UNITED STATES DISTRICT
COURT

Gbeke Awala, Reg# 82074-054
U.S. Penitentiary Canaan
P.O. Box 300
3057 Easton Turnpike
Waymart, PA 18472

FOR THE DISTRICT OF DELAWARE

Awala v. Hardiman, et al

Civ. No. 08-CV-77 GMS



FILED
APR 1 5 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Notice of Appeal

Notice of Appeal, is hereby given from the order of the Court, dismissing the action, pursuant to 28 U.S.C. Sec 1915, the appeal is filed to appeal the order dated 2/13/08, a Second Appeal, in the Captioned Case. 28 U.S.C. Sec. 1746.

Dated 4/7/08.

Respectfully Submitted.

Gbeke M. Awala
No. 82074-054, PC

**Utility Events**

1:08-cv-00077-UNA Awala v. Hardiman et al
PaperDocuments

U.S. District Court

District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 2/13/2008 at 2:59 PM EST and filed on 2/13/2008
**Case Name:** Awala v. Hardiman et al
**Case Number:** 1:08-cv-77
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Case assigned to Judge Gregory M. Sleet (in lieu of Vacant Judgeship). Please include the initials of the Judge (GMS) after the case number on all documents filed. (rjb)

**1:08-cv-77 Notice has been electronically mailed to:**

**1:08-cv-77 Notice has been delivered by other means to:**

Gbeke Awala
Reg# 82074-054
U.S. Penitentiary Canaan
P.O. Box 300
3057 Easton Turnpike
Waymart, PA 18472

Gbeke M. Awala
No. 82074-054
U.S.P. Canaan
P.O. Box 300
Waymart, PA 18472

Legal mail

SCRANTON PA 185
11 APR 2008 PM 1 T

Hon. Joseph J. Farnan
District Judge
U.S. District Court
for The District of Delaware
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570

"LET US DARE TO READ,
THINK, SPEAK AND WRITE."
John Adams
USA FIRST-CLASS FOREVER