IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GBEKE AWALA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 08-077-GMS |
| | ) |
| CIRCUIT JUDGE HARDIMAN, et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM ORDER**

WHEREAS, the plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on February 15, 2008, the court entered an order denying leave to proceed *in forma pauperis* because the plaintiff had three prior suits dismissed as frivolous or for failure to state a claim upon which relief may be granted, and the instant complaint does not allege an imminent threat of physical injury (D.I. 4);

WHEREAS, the time has lapsed and the plaintiff has not paid the $350.00 filing fee owed to this court;

THEREFORE, at Wilmington this 15th day of April, 2008, IT IS HEREBY ORDERED that the plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE.**

_____
CHIEF, UNITED STATES DISTRICT JUDGE

FILED
APR 16 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE