IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Gbeke M. Awala,
    Plaintiff-~~Appellant~~,

v.                                                                    Appeal Nos. 0_____8

Circuit Judge Hardiman, et al.     Civ. No. 08-077-GMS
    Defendant-~~Appellees~~.

                    FILED
                    MAY -1 2008
                    U.S. DISTRICT COURT
                    DISTRICT OF DELAWARE

## NOTICE OF APPEAL

NOTICE OF APPEAL, is hereby ~~sought~~ by Plaintiff/Appellant, Gbeke M. Awala, against the order of the Judge Gregory M. Sleet, pursuant to Fed. R. App. P. Rule 4. Order dated 4/15/2008.

The above Judicial officer costed down the arguments and ~~every~~ high issues ~~presented~~ in the Caption, as a result dismissed the petition under 28 U.S.C. Sec. 1983 and 28 U.S.C. Sec. 1915. However, the present threats of physical injury would remain evident that the Judge Sleet, ~~misapprehended~~ or overlooked the exception to three strikes bar, ratified in ABDUL-AKbar v. McKelvie, 239 F.3d 307 (3rd Cir. 2001) quoting Marbury v. Madison, 5 U.S. (1 Cranch) 137, 163, 2 L. Ed. 60 (1803), the Supreme Court observed that "the very essence of Civil liberty Certainly Consists in the right of every Individual to claim protection of the

Laws, whenever he receives an Injury, such as here."

Moreover, as plaintiff Avala, believes that he was under Imminent danger of physical Injury as at the time the Complaint was filed in this Court, the authority to proceed In forma pauperis, should have been granted, there was no Substantial cash in my Inmate Account to pay for the $350.00. In this Context, as I grieved against the outward appearance of Circuit Judge Hardiman, McKee and others in United States v. Avala, Appeal nos. 05-5479/06-2718, affm. 10/4/07. The defendants measured themselves by themselves and in their Sphere of accomplishments, they dispersed due Justice.

I am not at all Inferior to the most eminent Judge Sleet or Chief Judge Robinson, although a chastely trained person in Law, but having hope, that as your faith Increases, I shall be greatly willing to eagerly refrain from—from asserting that said defendants Circuit Judges mentioned above's Judicial arrogance, Incompetence, dishonesty and Criminal acts are not unCorrectable. See: Davis v. Passman, 99 S.Ct. 2264, 2277 (1979). Passman was a mere Congressman, Nevertheless, Judges are supposed to be Impartial, favoring neither one side. Accordingly, the Defendants public Confidence in their ability to conduct fair Appellate Review, when they substitute their own pleasure to the Constitutional Intent of Congress, I am Injured. WHEREFORE, Appeal must file. Submitted under 28 U.S.C. Sec. 1746 Submitted by
Dated 4/22/08                                    Obdulio M. Avala

Gbeke M. Awala
No. 22574-054
U.S.P. Canaan
P.O. Box 300
Waymart, PA 18472

SCRANTON PA
29 APR 2008 PM

Sue L. Robinson,
Chief Judge,
U.S. District Court
For The District of Delaware
844 N. King Street, Locker 18
Wilmington, DE 19801-3570

Legal mail: