# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

08-2377

Gbeke Awala v. Thomas Hardiman, et al

1-08-cv-00077

## O R D E R

Pursuant to Fed. R. App. P. 3(a) of the Federal Rules of Appellate Procedure and 3rd Cir. LAR 3.3 and Misc. 107.1(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant/petitioner failed to pay the requisite fee as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

cc: Seth M. Beausang, Esq.
    Honorable Theodore A McKee
    Mr. Gbeke Michael Awala

Dated: August 13, 2008